

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

ELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 29, 2018

Sam C. Bashara
Bashara & Schwartz, P.C.
111 Soledad, Street, Suite 1800
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Thomas G. Keyser
300 Convent, Ste. 2500
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Mark R. Murphy
Davis & Santos, P.C.
719 South Flores Street
San Antonio, TX 78204
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-17-00575-CV
       Trial Court Case Number:    2017-CI-13681
       Style:  In the Interest of V.M.T., a Child


Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.


Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Rosa Gonzalez
Deputy Clerk, Ext. 53855


cc: Julian N. Schwartz (DELIVERED VIA E-MAIL)
Taylor Beaver (DELIVERED VIA E-MAIL)